[Counsel listed on next page.]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SIMS II on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., a Delaware corporation; UPS, a business entity unknown; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-00378-PSG-AFM<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Courtroom: 6A<br>Judge:    Hon. Philip S. Gutierrez |

| | |
|---|---|
| 1 | Joseph Lavi, Esq. |
| 2 | jlavi@lelawfirm.com<br>Jordan D. Bello, Esq. |
| 3 | jbello@lelawfirm.com<br>LAVI & EBRAHIMIAN, LLP |
| 4 | 8889 W. Olympic Blvd., Suite 200<br>Beverly Hills, California 90211 |
| 5 | Telephone: (310) 432-0000<br>Facsimile: (310) 432-0001 |
| 6 | |
| 7 | Sahag Majarian II, Esq.<br>Sahagii@aol.com |
| 8 | LAW OFFICES OF SAHAG MAJARIAN II<br>18250 Ventura Boulevard |
| 9 | Tarzana, California 91356<br>Telephone: (818) 609-0807 |
| 10 | Facsimile: (818) 609-0892 |
| 11 | |
| 12 | Attorneys for Plaintiff<br>THOMAS SIMS II on behalf of himself and others |
| 13 | similarly situated |
| 14 | ELIZABETH A. BROWN (SB# 235429) |
| 15 | JENNIFER SVANFELDT (SB# 233248)<br>MATTHEW W. MORRIS (SB# 309741) |
| 16 | CARLOS I. MARTINEZ-GARCIA (SB# 300234)<br>lisabrown@gbgllp.com |
| 17 | jensvanfeldt@gbgllp.com<br>mattmorris@gbgllp.com |
| 18 | carlosmartinez@gbgllp.com<br>GBG LLP |
| 19 | 633 West 5th Street, Suite 3330<br>Los Angeles, CA  90071 |
| 20 | Telephone: (213) 358-2810<br>Facsimile: (213) 995-6382 |
| 21 | |
| 22 | Attorneys for Defendants<br>UNITED PARCEL SERVICE, INC., an Ohio |
| 23 | corporation, incorrectly sued herein as "United Parcel Service, Inc., a Delaware corporation" and "UPS" |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| Case No. 5:20-cv-00378 PSG (AFMx)<br>88795503.1 | JOINT NOTICE OF SETTLEMENT |

TO THE CLERK OF THE COURT:

Following extensive discussions with a third-party mediator, the Parties have reached an agreement in principle to resolve this case in its entirety, and are working to prepare a long form settlement agreement. The Parties jointly request that the court vacate all pending deadlines and set the case for a status conference within 60 days, on or about March 8, 2021.

DATED: January 8, 2021       LAVI & EBRAHIMIAN, LLP
                             LAW OFFICES OF SAHAG MAJARIAN II


                             BY:      /s/ Joseph Lavi
                                       JOSEPH LAVI

                             Attorneys for Plaintiff
                             THOMAS SIMS II

DATED: January 8, 2021       GBG LLP


                             BY:      /s/ Elizabeth A. Brown
                                       ELIZABETH A. BROWN

                             Attorneys for Defendants
                             UNITED PARCEL SERVICE, INC.


The undersigned attests that the signatory listed above concurs in the content of this document and has authorized its filing.

DATED: January 8, 2021       GBG LLP


                             BY:      /s/ Elizabeth A. Brown
                                       ELIZABETH A. BROWN

                             Attorneys for Defendants
                             UNITED PARCEL SERVICE, INC.

# PROOF OF SERVICE

I am a citizen of the United States and employed in the City of San Francisco and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 601 Montgomery Street, Suite 1150, San Francisco, CA 94111.

On January 8, 2021, I served a copy of the within document(s):

## JOINT NOTICE OF SETTLEMENT

on the interested parties:

- ☐ VIA FAX: By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ VIA U.S. MAIL: I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on the above date with postage thereon fully prepaid, at San Francisco, California.

- ☐ VIA OVERNIGHT SERVICE: By placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

- ☐ VIA PERSONAL SERVICE: By causing to be delivered the document(s) listed above to the person(s) at the address(es) set forth below.

- ☒ VIA E-MAIL: By transmitting a PDF version of the document(s) by e-mail to the person(s) set forth below using the e-mail address(es) indicated, pursuant to the parties' electronic service agreement.

Joseph Lavi
Jordan D. Bello
Lavi & Embrahimian, LLP
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, CA 90211
Facsimile: (310) 432-0001
Email: jlavi@lelawfirm.com
        jbello@lelawfirm.com

Sahag Majarian II
Law Offices of Sahag Majarian II
18250 Ventura Boulevard
Tarzana, CA 91356
Facsimile: (818) 609-0892
Email: sahagii@aol.com

Case No. 2:20-CV-00378-PSG-JC                    1                         PROOF OF SERVICE
88735530.1

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 8, 2021, at San Francisco, California.

*Janet Gogna*
―――――――――――――――――
Janet Gogna